JAMES S. GRAHAM et al., Respondents, *v.* JAMES B. FISHER et al., Appellants, Impleaded with Another.

Argued March 17, 1937; decided April 20, 1937.

*Joseph Diehl Fackenthal* and *Bruce E. Grunden* for appellants.

*Samuel Okin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.